# Exhibit One

# New York State Unified Court System

## Attorney Online Services - Search

Close

| Attorney Detail Report *as of 07/04/2022* | |
|---|---|
| **Registration Number:** | 5586110 |
| **Name:** | SUSAN ENGONWEI TINGWEI |
| **Business Name:** | Law office Of Susan E. Tingwei LLC |
| **Business Address:** | 8121 Georgia Ave Ste 340<br>Silver Spring, MD 20910-4947 |
| **Business Phone:** | |
| **Email:** | |
| **Date Admitted:** | 02/22/2018 |
| **Appellate Division Department of Admission:** | 3rd |
| **Law School:** | University of Maryland School of Law |
| **Registration Status:** | Attorney - Due to Register within 30 Days of Birthday |
| **Next Registration:** | Aug 2022 |

| Disciplinary History |
|---|
| *No record of public discipline* |

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at [www.nycourts.gov/courts](www.nycourts.gov/courts).



**Attorney Services**

Close

# Maryland Attorney Listing

This listing is an index of all attorneys who have been admitted to the bar in the State of Maryland. The list includes attorneys authorized to practice, as well as those who may no longer be authorized to practice because they are on inactive/retired status, are serving as judges, or because of a disciplinary or administrative action that affects their eligibility to practice. Any attorney whose status is listed as "active" is considered in good standing and is authorized to practice law.

If you are unable to find a name you are searching for, or if you have questions about the listing, please contact the **Maryland Court of Appeals Clerk's Office at 410-260-1500**. The Maryland Judiciary provides this information as a public service. Information contained in this listing is believed to be accurate but is not guaranteed.

To search the attorney listing:

- Partial names can be entered. Enter as many known characters of the last name as possible. If you are unsure of the spelling, click the "similar last names" check box.
- Do not include abbreviations such as Jr. and Sr. in the last name field.
- Search results are limited to 100 matches. Enter a partial or full first name to reduce the number of matches.

The information displayed is drawn from the Attorney Information System (AIS). Changes made to AIS may not appear immediately on this list. The data is refreshed regularly and changes made in AIS should appear within approximately one hour.

---

## Attorney Search

tingwei                ☐ (check for similar last names)

susan

[ Search ]   New Search

Found 1 match(es).

| Atty ID | Last Name | First Name | Address | Phone | Admitted | Status |
|---|---|---|---|---|---|---|

| Atty ID | Last Name | First Name | Address | Phone | Admitted | Status |
|---|---|---|---|---|---|---|
| 2001220073 | TINGWEI | SUSAN ENGONWEI | | | 01/22/2020 | Active |