# Exhibit Two

**J.D. NURSING & MANAGEMENT SERVICES INC.**
6120 KANSAS AVENUE NW
WASHINGTON DC, 20011
PHONE.202-722-7776   FAX.2027227785

## TIMESHEET

| CLIENT ID: | Client Name: | | | | | | Medicaid Number: |
|---|---|---|---|---|---|---|---|

INSTRUCTIONS: Place the time you Arrive and leave in the appropriate box. Clients initial all service dates

| DAYS | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| DATE HOURS | | 3/30 3hrs | 3/31 8hrs | 4/1 8hrs | 4/2 8hrs | 4/3 8hrs | 4/4 |
| PCA/HHA TIME IN AM/PM: | | 7am | 7am | 7am | 7am | 7am | |
| PCA/HHA TIME OUT AM/PM: | | 3pm | 3pm | 3pm | 3pm | 3pm | |
| CLIENT INITIALS: | | VD | VD | VD | VD | VD | |

**NAME:** Lingwen Susan
**SIGNATURE:** B─
**PCA/HHA TIME IN AM/PM:** 7am
**PCA/HHA TIME OUT AM/PM:** 3pm
**CLIENT SIGN:**
**CLIENT INITIALS:**

### DAILY DUTIES — RECORD THE TIME YOU SPEND ON EACH TASK IN THE APPROPRIATE BOX.

| | SUN | MON | TUE | WED | THU | FRI | SAT | COMPLETE | PARTIAL | TUB BATH |
|---|---|---|---|---|---|---|---|---|---|---|
| BATH/complete, partial, tub | | 1hr | 5m | 1hr | 45m | 1hr | | | | |
| ORAL HYGIENE | | 10m | 10m | 10m | 10m | 10m | | | | |
| SHAVE | | | | | | | | | | |
| HAIR comb/brush/Shampoo | | 10m | 10m | 10m | 10m | 10m | | | | |
| SOAK FEET | | | | | | | | | | |
| NAILS CLEAN/FILE | | | | | | | | | | |
| SKIN OIL/LOTION | | 10m | 10m | 10m | 10m | 10m | | | | |
| DRESS | | 3m | 3m | 25m | 3m | 3m | | | | |

**MOBILITY**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SAFE AREA CLEAR/RUGS | | 2am | 2am | 2am | 2am | 2am | |
| ASSIST WALKER/CANE | | 1hr | 1hr | 1hr | 1hr | 1hr | |
| AMBULATING SELF/CRUTCH | | | | | | | |
| WHEELCHAIR | | | | | | | |
| TRANSFER-BED/CHAIR | | | | | | | |
| DORSAL RECUMBENT-BED | | | | | | | |
| POSITION CHANGE q 2 hours | | | | | | | |
| LEFT SIDE | | | | | | | |
| RIGHT SIDE | | | | | | | |
| BACK | | | | | | | |
| SITTING | | | | | | | |
| R.O.M EXERCISE | | | | | | | |
| Remind to take Medication | | 5m | 5m | 5m | 5m | 5m | |
| TEMPERATURE-O/A/R/F | | | | | | | |
| PULSE | | | | | | | |
| RESPIRATIONS | | | | | | | |
| WEIGHT | | | | | | | |

**INSTRUCTIONS:** Please date and have client sign all of the dates of service as appropriate

**SUNDAY**
MO.____ DAY____ YEAR____
Client Signature____

**MONDAY**
MO. 3 DAY 30 YEAR 15
Client Signature____

**TUESDAY**
MO. 3 DAY 31 YEAR 15
Client Signature____

**ELIMINATION**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BLADDER/BOWEL | | | | | | | |
| TOILET/BEDPAN | | 40m | 30m | 45m | 30m | 45m | |
| BEDSIDE COMMODE | | | | | | | |
| URINAL | | | | | | | |
| PERINEAL CARE | | | | | | | |
| CATHETER/OSTOMY CARE | | | | | | | |
| INCONTINENT CARE | | | | | | | |
| CHANGED: AM:8,10,12 | | | | | | | |
| PM:2,4,6,8,10,12 | | | | | | | |

**WEDNESDAY**
MO. 4 DAY 1 YEAR 15
Client Signature____

**THURSDAY**
MO. 4 DAY 2 YEAR 15
Client Signature____

**NUTRITION**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PREPARE MEALS B/L/D/S | | 1hr | 45m | 30m | 1hr | 1hr | |
| ASSIST TO EAT/FEED | | | | | | | |
| HOME MANAGEMENT | | 2am | 2am | 3am | 3am | 1am | |
| CLEAN KITCHEN/DISHES | | 35m | 30m | 35m | 30m | 35m | |
| CLEAN BATHROOM | | 30m | 30m | 30m | 30m | 30m | |
| CLEAN BEDROOM | | 3m | 25m | 3m | 3m | 25m | |
| LINEN CHANGE | | 10m | 20m | 10m | 10m | 10m | |
| SWEEP/VACUUM | | | | | | | |
| LAUNDRY | | | | 1hr | | | |
| DUSTING | | | | | | | |
| SHOPPING/ERRANDS | | 1hr | 10m | 1hr | 30m | 1hr | |
| MEDICATION PICK-UP | | | | | | | |
| MEDICAL APPOINTMENT | | | | | | | |
| OTHER | | 1hr | 45m | 1hr | 1hr | 1hr | |

**FRIDAY**
MO. 4 DAY 3 YEAR 15
Client Signature____

**SATURDAY**
MO.____ DAY____ YEAR____
Client Signature____

**TOTAL WORK -** ____

# Bank of America

**Your savings account**

SUSAN ENGONWEI TINGWEI  |  Account #███████5  |  March 1, 2015 to March 31, 2015

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/30/15 | Counter Credit | 600.00 |
| **Total deposits and other additions** | | **$600.00** |

## Withdrawals and other subtractions

| Date | Description | | Amount |
|---|---|---|---|
| 03/02/15 | BKOFAMERICA ATM 02/28 #000003860 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -500.00 |
| 03/02/15 | BKOFAMERICA ATM 03/02 #000004523 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -400.00 |
| 03/03/15 | BKOFAMERICA ATM 03/03 #000005020 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -300.00 |
| 03/06/15 | MD TLR cash withdrawal from SAV 7555 | | -700.00 |
| 03/09/15 | MD TLR cash withdrawal from SAV 7555 | | -50.00 |
| 03/13/15 | BKOFAMERICA ATM 03/13 #000009748 WITHDRWL QUEENS CHAPEL | HYATTSVILLE MD | -60.00 |
| 03/16/15 | BKOFAMERICA ATM 03/14 #000006300 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -60.00 |
| 03/17/15 | BKOFAMERICA ATM 03/17 #000002727 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -40.00 |
| 03/19/15 | BKOFAMERICA ATM 03/19 #000003579 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -200.00 |
| 03/31/15 | MD TLR cash withdrawal from SAV 7555 | | -500.00 |
| **Total withdrawals and other subtractions** | | | **-$2,810.00** |

## See art and culture for free

Bank of America's Museums on Us® program gives you one FREE admission to over 150 cultural institutions during the first full weekend of every month.

Just bring your Bank of America® debit card and a photo ID.

**Learn more at bankofamerica.com/artsonus.**

- Museums
- Botanical Gardens
- Science Centers
- And more

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation    ARXLVCMH    SSM-11-14-0504.B

Amount: $600.00 Sequence Number: [redacted]

Account: [redacted] Capture Date: 03/30/2015

Bank Number: 54052013 Check Number: 0

**Bank of America**

Checking Savings MD CREDIT

Date 3/30/15

Name and Address Linawei Susan

[redacted]

Telephone No. [redacted]

Sign here if cash received

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

**Save time in line and help us avoid errors. The next time you make a deposit, please use your pre-printed deposit slips for your account.**

| | | |
|---|---|---|
| Cash / Currency | 600 - | 00 |
| Coin | | |
| Checks | | |
| | | |
| | | |
| Sub Total | 600 | 00 |
| Less Cash Received | | 0 |
| Total Deposit | | |

$ 600 .00

[redacted]

Account Number

[redacted]

For MD Use Only

Seq: 1
Batch: 424727
Date: 03/30/15

Enter This Total On The Front Of This Ticket

$ 22. 21. 20. 19. 18. 17. 16. 15. 14. 13. 12. 11. 10. 9. 8. 7. 6. 5. 4. 3. 2. 1. Dollars Cents

Seq: [redacted] 03/30/15
BAT [redacted] [redacted]
WT:01 LTPS:Hunt Valley (Baltimore)
BC:Adelphi BC MD4-767

03/30/2015 12:36 MMD [redacted]
Acct# ******[redacted]5 CC 5018002 Tlr 00006

Total Deposit To SAV $600.00

Available Now $600.00

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/30/2015 | [redacted] | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

| | | | | |
|---|---|---|---|---|
| Amount: | $600.00 | Sequence Number: | ▇▇▇ | |
| Account: | ▇▇▇ | Capture Date: | 03/30/2015 | |
| Bank Number: | 50000234 | Check Number: | 24973 | |

**Bank of America**                               **Cash In - Debit**

ADELPHI                         Tran 00240   03/30/2015   12:36
                                Entity NMD  CC 5018002 Tlr 00006
TELLER NO. 006                  Account   ▇▇▇
                                R/T#      ▇▇▇
                                Cash In                    $600.00

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Seq: 2
Batch: 424727
Date: 03/30/15

Seq:00002 03/30/15
BAT:424727 CC:3585018002
WT:01 LTPS:Hunt Valley (Baltimore)
BC:Adelphi BC MD4-767

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/30/2015 | ▇▇▇ | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

**J.D. NURSING & MANAGEMENT SERVICES, INC**
6120 KANSAS AVENUE NW
WASHINGTON DC, 20011
PHONE.202-722-7776   FAX.2027227785

## TIMESHEET

| CLIENT ID: | Client Name: ■■■ | | | | | | Medicaid Number ___ |
|---|---|---|---|---|---|---|---|
| INSTRUCTIONS: Place the time you Arrive and leave in the appropriate box. Clients initial all service dates. | DAYS / DATE HOURS | SUN | MON 5/25 8:15 | TUE 5/26 8:15 | WED 5/27 8:15 | THU 5/28 8:15 | FRI 5/29 8:15 | SAT | PERSONAL CARE/HOME HEALTH AIDE ID: NAME: Tingwei Susan SIGNATURE: |
| PCA/HHA TIME IN AM/PM: | | | 7am | 7am | 7am | 7am | 7am | | PCA/HHA TIME IN AM/PM: 7am |
| PCA/HHA TIME OUT AM/PM: | | | 3pm | 3pm | 3pm | 3pm | 3pm | | PCA/HHA TIME OUT AM/PM: 3pm |
| CLIENT INITIALS: | | | VJ | VJ | VJ | VJ | VJ | | CLIENT ■■■ |

**DAILY DUTIES** — RECORD THE TIME YOU SPEND ON EACH TASK IN THE APPROPRIATE BOX.

| Task | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| BATH/complete, partial, tub | | 1hr | 45m | 1hr | 45m | 1hr | |
| ORAL HYGIENE | | 1m | 1m | 1m | 1m | 1m | |
| SHAVE | | | | | | | |
| HAIR comb/brush/Shampoo | | 1m | 15m | 1m | 15m | 1m | |
| SOAK FEET | | | | | | | |
| NAILS CLEAN/FILE | | | | | | | |
| SKIN OIL/LOTION | | 1m | 15m | 1m | 1m | 15m | |
| DRESS | | 3m | 25m | 3m | 25m | 3m | |
| MOBILITY | | | | | | | |
| SAFE AREA CLEAR/RUGS | | 1m | 1m | 1m | 1m | 1m | |
| ASSIST WALKER/CANE | | 1hr | 1hr | 1hr | 1hr | 1hr | |
| AMBULATING SELF/CRUTCH | | | | | | | |
| WHEELCHAIR | | | | | | | |
| TRANSFER-BED/CHAIR | | | | | | | |
| DORSAL RECUMBENT-BED | | | | | | | |
| POSITION CHANGE q 2 hours | | | | | | | |
| LEFT SIDE | | | | | | | |
| RIGHT SIDE | | | | | | | |
| BACK | | | | | | | |
| SITTING | | | | | | | |
| R.O.M EXERCISE | | | | | | | |
| Remind to take Medication | | 5m | 5m | 5m | 5m | 5m | |
| TEMPERATURE-O/A/R/F | | | | | | | |
| PULSE | | | | | | | |
| RESPIRATIONS | | | | | | | |
| WEIGHT | | | | | | | |
| ELIMINATION | | | | | | | |
| BLADDER/BOWEL | | | | | | | |
| TOILET/BEDPAN | | 45m | 3m | 1hr | 3m | 25m | |
| BEDSIDE COMMODE | | | | | | | |
| URINAL | | | | | | | |
| PERINEAL CARE | | | | | | | |
| CATHETER/OSTOMY CARE | | | | | | | |
| INCONTINENT CARE | | | | | | | |
| CHANGED: AM: 8,10,12 | | | | | | | |
| PM: 2,4,6,8,10,12 | | | | | | | |
| NUTRITION | | | | | | | |
| PREPARE MEALS B/L/D/S | | 1hr | 45m | 1hr | 45m | 1hr | |
| ASSIST TO EAT/FEED | | | | | | | |
| HOME MANAGEMENT | | | | | | | |
| CLEAN KITCHEN/DISHES | | 2m / 25m | 25m / 3m | 2m / 2m | 2m / 2m | 25m / 25m | |
| CLEAN BATHROOM | | 3m | 2m | 25m | 25m | 3m | |
| CLEAN BEDROOM | | 25m | 2m | 2m | 3m | 3m | |
| LINEN CHANGE | | 5m | 1m | 2m | 15m | 2m | |
| SWEEP/VACUUM | | 3m | | | | | |
| LAUNDRY | | | | 1hr | | | |
| DUSTING | | | 3m | | | | |
| SHOPPING/ERRANDS | | 1hr | 45m | 3m | 45m | 3m | |
| MEDICATION PICK-UP | | | | | | | |
| MEDICAL APPOINTMENT | | | | | | | |
| OTHER | | 1hr | 45m | 1hr | 45m | 1hr | |

INSTRUCTIONS: Please date and have client sign all of the dates of service as appropriate

**SUNDAY**
MO. ___ DAY ___ YEAR ___
Client Signature ___

**MONDAY**
MO. 5 DAY 25 YEAR 15
Cl ■■■

**TUESDAY**
MO. 5 DAY 26 YEAR 15
■■■

**WEDNESDAY**
MO. 5 DAY 27 YEAR 15
■■■

**THURSDAY**
MO. 5 DAY 28 YEAR 15
■■■

**FRIDAY**
MO. 5 DAY 29 YEAR 15
■■■

**SATURDAY**
MO. ___ DAY ___ YEAR ___
Client Signature ___

TOTAL WORK - ___

# Bank of America 

## Your savings account

SUSAN ENGONWEI TINGWEI  |  Account #▮▮▮D▮▮▮▮▮▮5  |  May 1, 2015 to May 31, 2015

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---|
| 05/26/15 | Counter Credit | | 100.00 |
| 05/29/15 | BKOFAMERICA ATM 05/29 #000007806 DEPOSIT BRIGGS CHANEY | SILVER SPRING MD | 215.00 |
| Total deposits and other additions | | | $315.00 |

## Withdrawals and other subtractions

| Date | Description | | Amount |
|---|---|---|---|
| 05/27/15 | BKOFAMERICA ATM 05/27 #000003932 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -80.00 |
| Total withdrawals and other subtractions | | | -$80.00 |

### Here's a tip

**When you need to transfer money, use Online Banking**

Online Banking is a convenient way to move money between your banking accounts, get money to someone you know or even to a business.

**How to transfer money:**
- Log in to Online Banking
- Choose the "Transfers" tab
- Follow the simple steps

To transfer funds, go to **bankofamerica.com**.

©2015 Bank of America Corporation    Bank of America, N.A. Member FDIC.    ARWGY7YH    SSM-02-15-0061.B

Page 3 of 4

BOA-STINGWEI-7555-000020

| | | | |
|---|---|---|---|
| Amount: | $100.00 | Sequence Number: | [redacted] |
| Account: | [redacted] | Capture Date: | 05/26/2015 |
| Bank Number: 54052013 | | Check Number: | 0 |

**Bank of America** — Out of State Counter Deposit — **CREDIT**

1. Verify the customer name and account number on-line.
2. Mark the State Code for the domicile state/ entity of the account.
3. Write the 2-digit number in the Proof Code box below.

State codes grid (AZ 82, AR 36, CA 84, CT 76, FL 79, GA 58, ID 86, IL 32, IN 31, IA 33, KS 35, ME 88, MD 52 [circled], MA 77, MI 30, MO 34, NV 87, NH 61, NJ 55, NM 38, NY 81, NC 56, OK 37, OR 97, PA 39, RI 89, SC 57, TN 63, TX 74, VA 53, DC 50, WA 99)

Name: Susan Tingwei
Date: 5-26-15
Cash: ✓  100.00
Checks:
Subtotal:
Less Cash:
Total Deposit $ 100.00

Acc #

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/26/2015 | [redacted] | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

BOA-STINGWEI-7555-000118

| | | | | |
|---|---|---|---|---|
| Amount: | $100.00 | Sequence Number: | | |
| Account: | | Capture Date: | 05/26/2015 | |
| Bank Number: | 50000234 | Check Number: | 567626 | |

**Bank of America**                                                       Cash In - Debit

LAKE ARBOR
,
TELLER NO. 010

Tran 00279   05/26/2015   12:30
Entity NMD  CC 5012293 Tlr 00010
Account
R/T# 540520134
Cash In                                    $100.00

Seq: 243
Batch: 525971
Date: 05/26/15

Seq:00243 05/26/15
BAT:
WT:01 LTPS:Hunt Valley (Baltimore)
BC:Lake Arbor BC MD9-937

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/26/2015 | | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

**PREMIUM SELECT**
**AGENT TIME-SHEET**

NB - Non Billable
AD - Admission
RC - Recert
RV - Regular Visit

**TIME SHEET MUST BE TURNED IN NO LATER THAN MONDAY.**

Employee Name: Tingwei Susan
Employee Phone Number: ▓▓▓▓▓▓

| Full Patient Name | FREQ | | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | 40 | Date--> | 2/29 | 3/1 | 3/2 | 3/3 | 3/4 | |
| | | IN: | | IN: 7am | IN: 7am | IN: 9am | IN: 9am | IN: 9am | IN: |
| | | OUT: | | OUT: 3pm | OUT: 3pm | OUT: 3pm | OUT: 3pm | OUT: 3pm | OUT: |
| | | Hrs--> | | 8hrs | 8hrs | 8hrs | 8hrs | 8hrs | |
| | | Date--> | | | | | | | |
| | | IN: | | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |

Important! DO NOT change or add DATES. ONLY enter time worked for the dates on this sheet. Correctly filling out this time sheet is your responsibility.

** Please print clearly AM or PM



**Bank of America**

SUSAN ENGONWEI TINGWEI | ▮▮▮▮▮▮▮▮▮ | March 1, 2016 to March 31, 2016

**Your savings account**

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/01/16 | Counter Credit | 200.00 |

Total deposits and other additions — $200.00

## Withdrawals and other subtractions

| Date | Description | | Amount |
|---|---|---|---|
| 03/01/16 | BKOFAMERICA ATM 02/29 #000006300 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -200.00 |
| 03/02/16 | BKOFAMERICA ATM 03/02 #000006631 WITHDRWL FOUR CORNERS | SILVER SPRING MD | -500.00 |
| 03/15/16 | MD TLR cash withdrawal from SAV 7555 | | -300.00 |
| 03/21/16 | BKOFAMERICA ATM 03/21 #000002657 WITHDRWL ADELPHI | ADELPHI   MD | -100.00 |
| 03/24/16 | BKOFAMERICA ATM 03/24 #000008886 WITHDRWL BRIGGS CHANEY | SILVER SPRING MD | -100.00 |

Total withdrawals and other subtractions — -$1,200.00

Thank you for choosing Bank of America.

SSM-10-15-0281.B                                                                                           ARL8XGJH

Page 3 of 6

BOA-STINGWEI-7555-000052

| | | | |
|---|---|---|---|
| Amount: | $200.00 | Sequence Number: | |
| Account: | | Capture Date: | 03/01/2016 |
| Bank Number: | 54052013 | Check Number: | 0 |



Seq: 71
Batch: 991267
Date: 03/01/16

Total Deposit To SAV  =  $200.00
Available Now            $200.00
Available Balance      1,009.83
IntRef#

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/01/2016 | | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |

BOA-STINGWEI-7555-000134

| | | | |
|---|---|---|---|
| Amount: | $200.00 | Sequence Number: | |
| Account: | | Capture Date: | 03/01/2016 |
| Bank Number: | 50000234 | Check Number: | 543342 |

**Bank of America**  **Cash In - Debit**

ADELPHI

TELLER NO. 006

Tran 00080  03/01/2016  10:46
Entity NMD  CC 5018002 Tlr 00006
Account
R/T#
Cash In ———————————— $200.00

Seq: 72
Batch: 991267
Date: 03/01/16

Seq:00072 03/01/16
BAT:991267 CC:
WT:91 LTPS:Hunt Valley (Baltimore)
BC:Adelphi BC MD4-767

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/01/2016 | | 11000138 | Rtn Loc/BOFD | Y | | BANK OF AMERICA, NA |