# Exhibit Three

**PREMIUM SELECT**
**AGENT TIME-SHEET**

Employee Name: __Tingwei Susan__

Employee Phone Number: ▉▉▉▉▉▉▉▉▉▉▉

NB - Non Billable
AD - Admission
RC - Recert
RV - Regular Visit

**TIME SHEET MUST BE TURNED IN NO LATER THAN MONDAY.**

112
PD
56

| Full Patient Name | FREQ | | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| ▉▉▉▉▉▉▉ | | Date--> | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 |
| | | IN: | 7am | 7am | 7am | 7am | 7am | 7am | 7am |
| | | OUT: | 3pm | 3pm | 3pm | 3pm | 3pm | 3pm | 3pm |
| | | Hrs--> | 8hrs | 8hrs | 8hrs | 8hrs | 8hrs | 8hrs | 8hrs |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |

** Please print clearly AM or PM

Important! DO NOT change or add DATES. ONLY enter time worked for the dates on this sheet. Correctly filling out this time sheet is your responsibility.

**PREMIUM SELECT**
**AGENT TIME-SHEET**

NB - Non Billable
AD - Admission
RC - Recert
RV - Regular Visit

**TIME SHEET MUST BE TURNED IN NO LATER THAN MONDAY.**

Employee Name: Tingwei Susan
Employee Phone Number: [redacted]

| Full Patient Name | FREQ | | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | Date--> | 12/27 | 12/28 | 12/29 | 12/30 | 12/31 | 1/1 | 1/2 |
| | | IN: | 9am | 9am | 9am | 9am | 9am | 9am | 9am |
| | | OUT: | 3pm | 3pm | 3pm | 3pm | 3pm | 3pm | 1pm |
| | | Hrs--> | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |

Important! DO NOT change or add DATES. ONLY enter time worked for the dates on this sheet. Correctly filling out this time sheet is your responsibility.

** Please print clearly AM or PM

**PREMIUM SELECT**
**AGENT TIME-SHEET**

NB - Non Billable
AD - Admision
RC - Recert
RV - Regular Visit

**TIME SHEET MUST BE TURNED IN NO LATER THAN MONDAY.**

Employee Name: Tingwei Susan
Employee Phone Number: ███

| Full Patient Name | FREQ | | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| ███ | | Date--> | 2/22 | 2/23 | 2/24 | 2/25 | 2/25 | 2/26 | |
| | | IN: | 7am | 8am | 7am | 7am | 7am | 7am | IN: |
| | | OUT: | 3pm | 3pm | 3pm | 3pm | 3pm | 3pm | OUT: |
| | | Hrs--> | 8 | 8hrs | 8hrs | 8hrs | 8hrs | 8hrs | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |

Important! DO NOT change or add DATES. ONLY enter time worked for the dates on this sheet. Correctly filling out this time sheet is your responsibility.

** Please print clearly AM or PM

**PREMIUM SELECT**
**AGENT TIME-SHEET**

NB - Non Billable
AD - Admission
RC - Recert
RV - Regular Visit

**TIME SHEET MUST BE TURNED IN NO LATER THAN MONDAY.**

Employee Name: Tingwei Susan
Employee Phone Number: ▮

| Full Patient Name | FREQ | | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | 40 | Date--> | 2/29 | 3/1 | 3/2 | 3/3 | 3/4 | | |
| | | IN: | | IN: 7am | IN: 7am | IN: 9am | IN: 9am | IN: 9am | IN: |
| | | OUT: | | OUT: 3pm | OUT: 3pm | OUT: 3pm | OUT: 3pm | OUT: 3pm | OUT: |
| | | Hrs--> | | 8hrs | 8hrs | 8hrs | 8hrs | 8hrs | |
| | | Date--> | | | | | | | |
| | | IN: | IN: | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | IN: | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | IN: | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | IN: | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | IN: | IN: | IN: | IN: | IN: | IN: | IN: |
| | | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: | OUT: |
| | | Hrs--> | | | | | | | |

Important! DO NOT change or add DATES. ONLY enter time worked for the dates on this sheet. Correctly filling out this time sheet is your responsibility.

** Please print clearly AM or PM



**PREMIUM SELECT**
**AGENT TIME-SHEET**

**TIME SHEET MUST BE TURNED IN NO LATER THAN MONDAY.**

NB - Non Billable
AD - Admission
RC - Recert
RV - Regular Visit

Employee Name: __Tingwei Susan__
Employee Phone Number: [redacted]

| Full Patient Name | FREQ | | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | 40 | Date--> | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | | |
| | | IN: | 9am | 9am | 9am | 9am | 9am | 9am | IN: |
| | | OUT: | 3pm | 3pm | 3pm | 3pm | 3pm | | OUT: |
| | | Hrs--> | 3hrs | 3hrs | 3hrs | 3hrs | 3hrs | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |
| | | Date--> | | | | | | | |
| | | IN: | | | | | | | |
| | | OUT: | | | | | | | |
| | | Hrs--> | | | | | | | |

**Important! DO NOT change or add DATES. ONLY enter time worked for the dates on this sheet. Correctly filling out this time sheet is your responsibility.**

** Please print clearly AM or PM

| SAmount US | SName | Send Date | Send Time | Send Agent Name | Send Agent Address | Send Agent City | Send |
|---:|---|---|---|---|---|---|---|
| 132.36 | SUSAN TINGWEI | 4/5/2016 | 13:13:00 | HILLANDALE BEER & WINE | 10117 NEW HAMPSHIRE AVE | SILVER SPRING | MD |
| 168.39 | SUSAN TINGWEI | 3/1/2016 | 10:58:00 | HILLANDALE BEER & WINE | 10117 NEW HAMPSHIRE AVE | SILVER SPRING | MD |
| 102.39 | SUSAN TINGWEI | 2/26/2016 | 10:14:00 | HILLANDALE BEER & WINE | 10117 NEW HAMPSHIRE AVE | SILVER SPRING | MD |
| 126.17 | SUSAN TINGWEI | 12/31/2015 | 13:07:00 | HILLANDALE BEER & WINE | 10117 NEW HAMPSHIRE AVE | SILVER SPRING | MD |
| 125.69 | SUSAN TINGWEI | 12/18/2015 | 12:49:00 | HILLANDALE BEER & WINE | 10117 NEW HAMPSHIRE AVE | SILVER SPRING | MD |