# White Oak Medical Center
WOMC Emergency Department
11890 Healing Way
Silver Spring MD 20904
Phone: (240) 637-4000

# TINGWEI, SUSAN ENGONWEI

**DOB:** 08/14/1977
**MRN:** (wa)00748617
**Visit Date:** 07/02/2022

**Check In Date/Time:** 07/02/2022 14:28:04

**Current Date/Time:** 07/02/2022 17:54:09

## Patient Discharge Instructions

Thank you for choosing Adventist Healthcare for your emergency care. It is our mission to improve the health of the people in our communities. The purpose of these instructions is to provide CLEAR and COMPLETE information for your care and what to expect after returning home. Our goal is to always provide compassionate and excellent care that leaves you completely satisfied. Thank you for trusting us with that opportunity.

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only are not intended to be a substitute for or an effort to provide complete medical service. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by a Radiologist. If lab tests have been ordered and results are not yet available, you will be contacted only if results will change your treatment.

**Please contact your Primary Care Physician before calling any referral physician.** This is a requirement of most managed care plans and helps to coordinate your overall healthcare.

Upon discharge from the Emergency Department you will have been given the name of a physician who will provide follow-up care for you. He/She may be your own physician, or a physician whom you have not seen in the past. If this is other than your own private physician, you should contact your private physician to get their preferences. They may want you to follow up, either in their office, or with a specialist of their choice. Insurance plans also may require a PCP referral prior to seeing a specialist. Based upon your needs we choose a specially trained physician for the further evaluation and treatment of your medical problems. If you are referred to a physician selected from our "On Call List" you may arrange for a follow-up appointment no matter what your insurance status or ability to pay. The visit, however, **is not expected to be provided free of charge.** It will be your responsibility to work out, with the physician providing the services, an arrangement for paying the incurred charges.

**Please take this with you when you see your follow up provider(s).**

## What To Do Next

**Return to the Emergency Department for worsening conditions, new symptoms, or for any concerns.**

TINGWEI, SUSAN ENGONWEI
MRN: (wa)00748617          FIN: 47207339

Printed: 07/02/2022 17:54 EDT
Page 1 of 7

Exhibit 14

Adventist HealthCare wants to empower you with easy access to your medical records from your visit. That's why we offer the myAdventistHealthCare Patient Portal where you can access information related to your visit, including your lab results.

If you don't already have access, visit **AHC.IQHealth.com/self-enroll** to enroll by supplying your First and Last Name, Date of Birth and Medical Record Number (MRN). You can access the portal either online at **AHC.IQHealth.com**, or through compatible health management apps. To learn more visit **AdventistHealthCare.com/Health/Portals**.

MRN: (wa)00748617

## Instructions From Your Doctor

If any of your blood pressures are HIGH (Systolic Blood Pressure (SBP) greater than 120 or Diastolic Blood Pressure (DBP) greater than 80), you should see your primary care physician for a follow-up and re-evaluation.
**Blood Pressure (SBP/DBP)---If BP High---Date/time Measured**
140/81 mmHg          HIGH          07/02/22 14:32

## Follow-Up Appointments

| With | When | Contact Information |
|---|---|---|
| Follow up with primary care provider | Within 3 to 5 days | |
| Additional Instructions: | | |

## Allergies

No Known Allergies
No Known Medication Allergies

TINGWEI , SUSAN ENGONWEI
MRN: (wa)00748617                    FIN: 47207339

Printed: 07/02/2022 17:54 EDT
Page 2 of 7

# Medications

This is a list* of your medications as of 07/02/2022 17:54:09. It includes the medication details provided by you, or someone for you, plus any medications prescribed by the doctor during this hospital visit.

The doctor may have made changes to your home medications. If no changes were made, continue to take your home medications as directed by the doctor who prescribed them. Please contact the doctor who prescribed the medication(s) if you have any questions.

|  | What | How Much | When | Why | Instructions | Next Dose |
|---|---|---|---|---|---|---|
| Unchanged | acetaminophen (acetaminophen 325 mg oral tablet) | 2 Tablet(s) by Mouth | Every 4 hours as needed for Pain, Moderate (Pain Scale 4-7) | Pain, Moderate (Pain Scale 4-7) |  |  |
| Unchanged | cefTRIAXone (cefTRIAXone 2 g injection) | 2 Gram IV Piggyback | Once a day | Bone/joint infection | Duration: 35 Days |  |
| Unchanged | ciprofloxacin (ciprofloxacin 500 mg oral tablet) | 1 Tablet(s) by Mouth | Every 12 hours | Other (See Comments) | Duration: 35 Days |  |
| Unchanged | docusate (docusate sodium 100 mg oral capsule) | 1 Capsules by Mouth | Two times a day as needed for constipation | Constipation |  |  |
| Unchanged | ferrous sulfate (ferrous sulfate 325 mg (65 mg elemental iron) oral tablet) | 1 Tablet(s) by Mouth | Two times a day | Anemia |  |  |
| Unchanged | lactobacillus acidophilus and bulgaricus (lactobacillus acidophilus and bulgaricus oral tablet) | 2 Tablet(s) by Mouth | Two times a day | Other (see comment) | Duration: 40 Days |  |
| Unchanged | oxyCODONE (oxyCODONE 5 mg oral tablet) | 1 Tablet(s) by Mouth | Every 6 hours as needed for Pain, Severe (Pain Scale 8-10) | Pain, Severe (Pain Scale 8-10) |  |  |

*Your final medication list may contain medications that you have been taking at home or have been prescribed by other physicians. Although steps are taken to provide the best information possible, the hospital cannot guarantee the accuracy of the list as it is based on information you have provided or others have provided for you. Please contact the doctor who prescribed the medication(s) if you have any questions.

It is very important that you keep a list of the medications that you take. You should update the list whenever you stop taking a medication, start taking a new medication, or when something changes (such as the dosage of a medication). In addition to medications that your doctor(s) prescribes, be sure to include over-the-counter products that you take. Over-the-counter items include vitamins, herbs, or other medications that you can get without a prescription from a doctor.

Give a copy of this list to your doctor(s) at every visit and to anyone who is providing care to you. (Example: hospitals, emergency squad personnel, home care agencies, etc.) Carry the list with you at all times.

# Visit Overview

## Your Care Team

**Primary Care Provider:** Paspula MD, Aruna

**Emergency Department Care Providers:**
**Primary Provider:** Humphrey MD, Alyssa Nicole

## Reason for Your Visit

Fever; Headache; headache/vomiting/dizzy

## Your Diagnosis

1: Viral syndrome; Acute viral syndrome

## Diagnostic Tests This Visit

Beta hCG Quantitative
CBC w/ Diff
COVID19/Influenza/RSV – Cepheid
CMP

## Procedures This Visit

None

# Problems

**Ongoing** - Any problem that you are currently receiving treatment for.
Abdominal pain
Achilles tendinitis, left leg
Acute back pain
Anemia
At risk for falls
Chest pain
Chest pain
IV infusion line dysfunction
Left shoulder pain
Leg swelling
Pain in right ear
Viral syndrome

# Education Materials

## Viral Syndrome (Adult)

A viral illness may cause a number of symptoms such as fever. Other symptoms depend on the part of the body that the virus affects. If it settles in your nose, throat, and lungs, it may cause cough, sore throat, congestion, runny nose, headache, earache and other ear symptoms, or shortness of breath. If it settles in your stomach and intestinal tract, it may cause nausea, vomiting, cramping, and diarrhea. Sometimes it causes generalized symptoms like "aching all over," feeling tired, loss of energy, or loss of appetite.

A viral illness usually lasts anywhere from several days to several weeks, but sometimes it lasts longer. In some cases, a more serious infection can look like a viral syndrome in the first few days of the illness. You may need another exam and additional tests to know the difference. Watch for the warning signs listed below for when to seek medical advice.

**Home care**

Follow these guidelines for taking care of yourself at home:

- If symptoms are severe, rest at home for the first 2 to 3 days.

- Stay away from cigarette smoke - both your smoke and the smoke from others.

- You may use over-the-counter acetaminophen or ibuprofen for fever, muscle aching, and headache, unless another medicine was prescribed for this. If you have chronic liver or kidney disease or ever had a stomach ulcer or gastrointestinal bleeding, talk with your healthcare provider before using these medicines. No one who is younger than 18 and ill with a fever should take aspirin. It may cause severe disease or death.

- Your appetite may be poor, so a light diet is fine. Avoid dehydration by drinking 8 to 12, 8-ounce glasses of fluids each day. This may include water; orange juice; lemonade; apple, grape, and cranberry juice; clear fruit drinks; electrolyte replacement and sports drinks; and decaffeinated teas and coffee. If you have been diagnosed with a kidney disease, ask your healthcare provider how much and what types of fluids you should drink to prevent dehydration. If you have kidney disease, drinking too much fluid can cause it build up in the your body and be dangerous to your health.

- Over-the-counter remedies won't shorten the length of the illness but may be helpful for symptoms such as cough, sore throat, nasal and sinus congestion, or diarrhea. Don't use decongestants if you have high blood pressure.

**Follow-up care**

Follow up with your healthcare provider if you do not improve over the next week.

**Call 911**

Call 911 if any of the following occur:

- Convulsion

- Feeling weak, dizzy, or like you are going to faint

- Chest pain, or more than mild shortness of breath

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:

- Cough with lots of colored sputum (mucus) or blood in your sputum

- Chest pain, shortness of breath, wheezing, or trouble breathing

- Severe headache; face, neck, or ear pain

- Severe, constant pain in the lower right side of your belly (abdominal)

- Continued vomiting (can't keep liquids down)

- Frequent diarrhea (more than 5 times a day); blood (red or black color) or mucus in diarrhea

- Feeling weak, dizzy, or like you are going to faint

- Extreme thirst

- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Adventist HealthCare
## White Oak Medical Center

Emergency Department

11890 Healing Way

Silver Spring, MD 20904

(p) 240-637-5070

Thank you for choosing Adventist HealthCare White Oak Medical Center for your emergency care. We understand whenever you need emergency care, you depend on us. That's why we strive to exceed your expectations, deliver world-class care, and provide you with the resources that you require at the time of discharge.

Adventist HealthCare's Mission is to *extend God's care through the ministry of physical, mental, and physical healing.* Continue to heal and feel better each day.

It was our team's privilege to care for you.

Blessings,


Jeffrey Foy, RN, MSN

Director, Emergency Department

Adventist HealthCare
White Oak Medical Center


Jonathan Wenk, MD, FACEP

Medical Director, Emergency Department

Adventist HealthCare
White Oak Medical Center





# Adventist HealthCare
## White Oak Medical Center

Departamento de Emergencias

11890 Healing Way

Silver Spring, MD 20904

(t) 240-637-5070

Gracias por elegir a Adventist HealthCare White Oak Medical Center para recibir atención en caso de emergencia. Entendemos que siempre que necesite atención de emergencia, depende de nosotros. Esta es la razón por la que nos esforzamos por superar sus expectativas, brindarle atención de clase mundial y proporcionarle los recursos que necesite al momento del alta.

La misión de Adventist HealthCare es *extender el cuidado de Dios a través del ministerio de la sanación física, mental y espiritual.* Esperamos que siga recuperándose y se sienta mejor cada día.

Ha sido un privilegio para nuestro equipo poder atenderle.


Bendiciones,


Jeffrey Foy, RN, MSN

Director, Departamento de Emergencias

Adventist HealthCare
White Oak Medical Center

Jonathan Wenk, MD, FACEP

Director Médico, Departamento de Emergencias

Adventist HealthCare
White Oak Medical Center



**White Oak Medical Center**
WOMC Emergency Department
11890 Healing Way
Silver Spring MD 20904
Phone: (240) 637-4000

# TINGWEI , SUSAN ENGONWEI

**DOB:** 08/14/1977
**MRN:** (wa)00748617
**Visit Date:** 06/18/2022

**Check In Date/Time:** 06/18/2022 16:24:00

**Current Date/Time:** 06/19/2022 00:19:26

## Patient Discharge Instructions

Thank you for choosing Adventist Healthcare for your emergency care. It is our mission to improve the health of the people in our communities. The purpose of these instructions is to provide CLEAR and COMPLETE information for your care and what to expect after returning home. Our goal is to always provide compassionate and excellent care that leaves you completely satisfied. Thank you for trusting us with that opportunity.

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only are not intended to be a substitute for or an effort to provide complete medical service. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by a Radiologist. If lab tests have been ordered and results are not yet available, you will be contacted only if results will change your treatment.

**Please contact your Primary Care Physician before calling any referral physician.** This is a requirement of most managed care plans and helps to coordinate your overall healthcare.

Upon discharge from the Emergency Department you will have been given the name of a physician who will provide follow-up care for you. He/She may be your own physician, or a physician whom you have not seen in the past. If this is other than your own private physician, you should contact your private physician to get their preferences. They may want you to follow up, either in their office, or with a specialist of their choice. Insurance plans also may require a PCP referral prior to seeing a specialist. Based upon your needs we choose a specially trained physician for the further evaluation and treatment of your medical problems. If you are referred to a physician selected from our "On Call List" you may arrange for a follow-up appointment no matter what your insurance status or ability to pay. The visit, however, **is not expected to be provided free of charge.** It will be your responsibility to work out, with the physician providing the services, an arrangement for paying the incurred charges.

**Please take this with you when you see your follow up provider(s).**

## What To Do Next

**Return to the Emergency Department for worsening conditions, new symptoms, or for any concerns.**

Adventist HealthCare wants to empower you with easy access to your medical records from your visit. That's why we offer the myAdventistHealthCare Patient Portal where you can access information related to your visit, including your lab results.

If you don't already have access, visit **AHC.IQHealth.com/self-enroll** to enroll by supplying your First and Last Name, Date of Birth and Medical Record Number (MRN). You can access the portal either online at **AHC.IQHealth.com**, or through compatible health management apps. To learn more visit **AdventistHealthCare.com/Health/Portals**.

**MRN: (wa)00748617**

## Instructions From Your Doctor

If any of your blood pressures are HIGH (Systolic Blood Pressure (SBP) greater than 120 or Diastolic Blood Pressure (DBP) greater than 80), you should see your primary care physician for a follow-up and re-evaluation.
**Blood Pressure (SBP/DBP)---If BP High---Date/time Measured**
123/74 mmHg         HIGH         06/18/22 16:29
144/67 mmHg         HIGH         06/18/22 18:00
144/67 mmHg         HIGH         06/18/22 19:00
140/76 mmHg         HIGH         06/18/22 20:00
145/65 mmHg         HIGH         06/18/22 21:00
140/69 mmHg         HIGH         06/18/22 22:00
141/69 mmHg         HIGH         06/18/22 23:00
141/69 mmHg         HIGH         06/19/22 00:00

## Follow-Up Appointments

| With | When | Contact Information |
|---|---|---|
| Outpt Infusion Center SG (240) 826-6220 | Within 1 to 3 days | |
| Additional Instructions: Please call or wait for call to schedule time for line placement | | |
| Return to Emergency Department | Within 1 to 3 days | |
| Additional Instructions: Return for interventional radiology if they are unable to place your line outpatient. | | |

## Allergies

No Known Medication Allergies

# Medications

This is a list* of your medications as of 06/19/2022 00:19:26. It includes the medication details provided by you, or someone for you, plus any medications prescribed by the doctor during this hospital visit.

The doctor may have made changes to your home medications. If no changes were made, continue to take your home medications as directed by the doctor who prescribed them. Please contact the doctor who prescribed the medication(s) if you have any questions.

|  | What | How Much | When | Why | Instructions | Next Dose |
|---|---|---|---|---|---|---|
| Unchanged | acetaminophen (acetaminophen 325 mg oral tablet) | 2 Tablet(s) by Mouth | Every 4 hours as needed for Pain, Moderate (Pain Scale 4-7) | Pain, Moderate (Pain Scale 4-7) |  |  |
| Unchanged | cefTRIAXone (cefTRIAXone 2 g injection) | 2 Gram IV Piggyback | Once a day | Bone/joint infection | Duration: 35 Days |  |
| Unchanged | ciprofloxacin (ciprofloxacin 500 mg oral tablet) | 1 Tablet(s) by Mouth | Every 12 hours | Other (See Comments) | Duration: 35 Days |  |
| Unchanged | docusate (docusate sodium 100 mg oral capsule) | 1 Capsules by Mouth | Two times a day as needed for constipation | Constipation |  |  |
| Unchanged | ferrous sulfate (ferrous sulfate 325 mg (65 mg elemental iron) oral tablet) | 1 Tablet(s) by Mouth | Two times a day | Anemia |  |  |
| Unchanged | lactobacillus acidophilus and bulgaricus (lactobacillus acidophilus and bulgaricus oral tablet) | 2 Tablet(s) by Mouth | Two times a day | Other (see comment) | Duration: 40 Days |  |
| Unchanged | oxyCODONE (oxyCODONE 5 mg oral tablet) | 1 Tablet(s) by Mouth | Every 6 hours as needed for Pain, Severe (Pain Scale 8-10) | Pain, Severe (Pain Scale 8-10) |  |  |

*Your final medication list may contain medications that you have been taking at home or have been prescribed by other physicians. Although steps are taken to provide the best information possible, the hospital cannot guarantee the accuracy of the list as it is based on information you have provided or others have provided for you. Please contact the doctor who prescribed the medication(s) if you have any questions.

It is very important that you keep a list of the medications that you take. You should update the list whenever you stop taking a medication, start taking a new medication, or when something changes (such as the dosage of a medication). In addition to medications that your doctor(s) prescribes, be sure to include over-the-counter products that you take. Over-the-counter items include vitamins, herbs, or other medications that you can get without a prescription from a doctor.

Give a copy of this list to your doctor(s) at every visit and to anyone who is providing care to you. (Example: hospitals, emergency squad personnel, home care agencies, etc.) Carry the list with you at all times.

SUSAN ENGONWEI
48617                    FIN: 47198694

Printed: 06/20/2022 18:38 EDT
Page 3 of 8

## Visit Overview

### Your Care Team

**Primary Care Provider:** Paspula MD, Aruna

**Emergency Department Care Providers:**
**Primary Provider:** Humphrey MD, Alyssa Nicole

### Reason for Your Visit

Chest pain; LT arm IV not working

### Your Diagnosis

Acute osteomyelitis of left calcaneus; IV infusion line dysfunction

### Diagnostic Tests This Visit

EKG (Electrocardiogram)
CBC w/ Diff
Comprehensive Metabolic Panel
Extra Blue top
Extra PST tube
Magnesium Level
Troponin Serial (0, 1, 4 Hours)
Troponin
Upper Extremity US Venous Duplex Left
XR Chest 1 View

### Procedures This Visit

None

## Problems

**Ongoing** - Any problem that you are currently receiving treatment for.

Abdominal pain
Achilles tendinitis, left leg
Acute back pain
Anemia
At risk for falls
Chest pain
Chest pain
IV infusion line dysfunction
Left shoulder pain
Leg swelling
Pain in right ear

## Education Materials

### When to Use Antibiotics

Antibiotics are medicines used to treat infections caused by bacteria. They don't work for an illness caused by a virus. And they don't work for an allergic reaction. In fact, taking antibiotics for reasons other than an infection by bacteria can cause problems. You may have side effects from the medicine. And if you need an antibiotic in the future, it may not work well. This is because the bacteria can become immune to the medicine. You can also get a type of diarrhea that's hard to treat. This diarrhea is called C. diff.

### When antibiotics likely won't help

Your healthcare provider won't usually give you antibiotics for the conditions listed below. You can help by not asking for them if you have:

- A cold. This type of illness is caused by a virus. It can cause a runny nose, stuffed-up nose, sneezing, coughing, and headache. You may also have mild body aches and low fever. A cold gets better on its own in a few days to a week.
- The flu (influenza). This is a respiratory illness caused by a virus. The flu usually goes away on its own in a week or so. It can cause fever, body aches, sore throat, and tiredness.
- Bronchitis. This is an infection in the lungs. It is most often caused by a virus. You may have coughing, phlegm, body aches, and a low fever. A common type of bronchitis is known as a chest cold. This is called acute bronchitis. This often happens after you have a respiratory infection like a cold. Bronchitis can take weeks to go away. Antibiotics often don't help.
- Most sore throats. Sore throats are most often caused by viruses. Your throat may feel scratchy or achy. It may hurt to swallow. You may also have a low fever and body aches. A sore throat usually gets better in a few days.
- Most outer ear infections. An ear infection may be caused by a virus or bacteria. It causes pain in the ear. Antibiotics by mouth usually don't help. Low-dose antibiotic ear drops work much better.
- Some inner ear infections. An inner ear infection (otitis media) can be caused by a virus in the ear. It can also cause pain and a high fever. Most older children with low-grade fever don't need to be treated with antibiotics.
- Most sinus infections. This is also known as sinusitis. This kind of infection causes sinus pain and swelling, and a runny nose. In most cases, it goes away on its own. Antibiotics don't make recovery quicker.
- Allergic rhinitis. This is a set of symptoms caused by an allergic reaction. You may have sneezing, a runny nose, itchy or watery eyes, or a sore throat. Allergies are not treated with antibiotics.
- Low fever. A mild fever that's less than 100.4°F (38°C) most likely doesn't need to be treated with antibiotics.

### When antibiotics can help

Antibiotics can be used to treat:

- Strep throat. This is a throat infection caused by a certain type of bacteria. Symptoms of strep throat include a sore throat, white patches on the tonsils, red spots on the roof of the mouth, fever, body aches, and nausea and vomiting. Strep throat almost never causes a cough.
- Urinary tract infection (UTI). This is an infection of the bladder and the tube that takes urine out of the body. It is caused by bacteria. It can cause burning pain and urine that's cloudy or tinted with blood. UTIs are very common. Antibiotics usually help treat them.
- Some outer ear infections. In some cases, a healthcare provider may prescribe antibiotics by mouth for an ear infection. You may need a test to show the cause of the ear infection.
- Some sinus infections. In some cases, your healthcare provider may give you antibiotics. He or she may first need to make sure your symptoms aren't caused by something else. This may be a virus, fungus, allergies, or air pollutants such as smoke.

Your healthcare provider may give you antibiotics if you have a condition that can affect your immune system. This includes diabetes or cancer.

### Self-care at home

If your infection can't be treated with antibiotics, you can take other steps to feel better. Try the remedies below. In general:

- Rest and sleep as much as needed.
- Drink water and other clear fluids.
- Don't smoke. Stay away from smoke from other people.
- Use over-the-counter medicine such as acetaminophen or ibuprofen to ease pain or fever, as directed by your healthcare provider.

    sinus pain or nasal stuffiness:

- Put a warm, moist cloth on your face where you feel sinus pain or pressure.
- Try a nasal spray with medicine or saline. Use as directed by your healthcare provider.
- Breathe in steam from a hot shower.
- Use a humidifier or cool mist vaporizer.

To quiet a cough:

- Use a humidifier or cool mist vaporizer.
- Breathe in steam from a hot shower.
- Suck on cough lozenges.

To sooth a sore throat:

- Suck on ice chips, frozen ice pops, or lozenges.
- Use a sore throat spray.
- Use a humidifier or cool mist vaporizer.
- Gargle with saltwater.
- Drink warm liquids.
- Take ibuprofen to reduce swelling and pain.

To ease ear pain:

- Hold a warm, moist washcloth on the ear for 10 minutes at a time.

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**White Oak Medical Center**
WOMC Emergency Department
11890 Healing Way
Silver Spring MD 20904
Phone: (240) 637-4000

# TINGWEI , SUSAN ENGONWEI

**DOB:** 08/14/1977
**MRN:** (wa)00748617
**Visit Date:** 06/20/2022

**Check In Date/Time:** 06/20/2022 16:05:28
**Current Date/Time:** 06/20/2022 20:05:40

## Patient Discharge Instructions

Thank you for choosing Adventist Healthcare for your emergency care. It is our mission to improve the health of the people in our communities. The purpose of these instructions is to provide CLEAR and COMPLETE information for your care and what to expect after returning home. Our goal is to always provide compassionate and excellent care that leaves you completely satisfied. Thank you for trusting us with that opportunity.

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only are not intended to be a substitute for or an effort to provide complete medical service. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by a Radiologist. If lab tests have been ordered and results are not yet available, you will be contacted only if results will change your treatment.

**Please contact your Primary Care Physician before calling any referral physician.** This is a requirement of most managed care plans and helps to coordinate your overall healthcare.

Upon discharge from the Emergency Department you will have been given the name of a physician who will provide follow-up care for you. He/She may be your own physician, or a physician whom you have not seen in the past. If this is other than your own private physician, you should contact your private physician to get their preferences. They may want you to follow up, either in their office, or with a specialist of their choice. Insurance plans also may require a PCP referral prior to seeing a specialist. Based upon your needs we choose a specially trained physician for the further evaluation and treatment of your medical problems. If you are referred to a physician selected from our "On Call List" you may arrange for a follow-up appointment no matter what your insurance status or ability to pay. The visit, however, **is not expected to be provided free of charge.** It will be your responsibility to work out, with the physician providing the services, an arrangement for paying the incurred charges.

**Please take this with you when you see your follow up provider(s).**

## What To Do Next

rn to the Emergency Department for worsening conditions, new symptoms, or for any concerns.

Adventist HealthCare wants to empower you with easy access to your medical records from your visit. That's why we offer the myAdventistHealthCare Patient Portal where you can access information related to your visit, including your lab results.

If you don't already have access, visit **AHC.IQHealth.com/self-enroll** to enroll by supplying your First and Last Name, Date of Birth and Medical Record Number (MRN). You can access the portal either online at **AHC.IQHealth.com**, or through compatible health management apps. To learn more visit **AdventistHealthCare.com/Health/Portals**.

**MRN: (wa)00748617**

## Instructions From Your Doctor

Follow-up as directed by the ED care navigator for your midline at Shady Grove tomorrow. If you have redness swelling fevers or other complications, please return.

If any of your blood pressures are HIGH (Systolic Blood Pressure (SBP) greater than 120 or Diastolic Blood Pressure (DBP) greater than 80), you should see your primary care physician for a follow-up and re-evaluation.
**Blood Pressure (SBP/DBP)---If BP High---Date/time Measured**
152/84 mmHg              HIGH          06/20/22 16:09

## Follow-Up Appointments

| With | When | Contact Information |
|---|---|---|
| Follow up with primary care provider | Within 1 to 3 days | |

Additional Instructions: Please follow up with your primary care provider and any specialist listed here. If you don't have a primary doctor, or you can't see the referral doctor, call your insurance immediately to get a doctor. You may also call the hospital doctor referral line at 1-800-642-0101. If you do not have insurance, please follow up with Community Clinic at 7676 New Hampshire Avenue, Suite 220, Takoma Park, MD 20912, (301)431-2972 or Mary's Center, 344 University Boulevard, West Silver Spring, MD 20901, Appointment Line: 1(844)796-2797, Main Line: (202)483-8196.

Por favor, haga una cita con su médico primario y cualquier especialista que figure aquí. Si usted no tiene un médico primario, o no puede ver al médico de referencia, llame a su seguro inmediatamente para obtener un médico. También puede llamar a la línea para referencia del médico del hospital al 1-800-642-0101. Si usted no tiene seguro, por favor, haga una cita con Community Clinic en 7676 New Hampshire Avenue, Suite 220, Takoma Park, MD 20912, (301) 431-2972 o Mary's Center, 344 University Boulevard, West Silver Spring, MD 20901, línea de cita: 1 (844) 796-2797, línea principal : (202) 483-8196.

S'il vous plaît prendre rendez-vous avec votre médecin de soins primaires et tout spécialiste énumérés ici. Si vous n'avez pas de médecin de soins primaires, ou si vous ne pouvez pas voir le médecin référent, appelez immédiatement votre assurance pour obtenir un médecin. Vous pouvez également appeler la ligne de référence du médecin de l'hôpital à 1-800-642-0101. Si vous n'avez pas d'assurance, veuillez faire un suivi auprès de la Community Clinic au 7676 New Hampshire Avenue, suite 220, Takoma Park, MD 20912, (301) 431-2972 ou Mary's Center, 344 University Boulevard, West Silver Spring, MD 20901, ligne de rendez-vous: 1 (844) 796-2797, ligne principale: (202) 483-8196.

## Allergies

No Known Allergies
No Known Medication Allergies

# Medications

This is a list* of your medications as of 06/20/2022 20:05:40. It includes the medication details provided by you, or someone for you, plus any medications prescribed by the doctor during this hospital visit.

The doctor may have made changes to your home medications. If no changes were made, continue to take your home medications as directed by the doctor who prescribed them. Please contact the doctor who prescribed the medication(s) if you have any questions.

|  | What | How Much | When | Why | Instructions | Next Dose |
|---|---|---|---|---|---|---|
| *Unchanged* | acetaminophen (acetaminophen 325 mg oral tablet) | 2 Tablet(s) by Mouth | Every 4 hours as needed for Pain, Moderate (Pain Scale 4-7) | Pain, Moderate (Pain Scale 4-7) |  |  |
| *Unchanged* | cefTRIAXone (cefTRIAXone 2 g injection) | 2 Gram IV Piggyback | Once a day | Bone/joint infection | Duration: 35 Days |  |
| *Unchanged* | ciprofloxacin (ciprofloxacin 500 mg oral tablet) | 1 Tablet(s) by Mouth | Every 12 hours | Other (See Comments) | Duration: 35 Days |  |
| *Unchanged* | docusate (docusate sodium 100 mg oral capsule) | 1 Capsules by Mouth | Two times a day as needed for constipation | Constipation |  |  |
| *Unchanged* | ferrous sulfate (ferrous sulfate 325 mg (65 mg elemental iron) oral tablet) | 1 Tablet(s) by Mouth | Two times a day | Anemia |  |  |
| *Unchanged* | lactobacillus acidophilus and bulgaricus (lactobacillus acidophilus and bulgaricus oral tablet) | 2 Tablet(s) by Mouth | Two times a day | Other (see comment) | Duration: 40 Days |  |
| *Unchanged* | oxyCODONE (oxyCODONE 5 mg oral tablet) | 1 Tablet(s) by Mouth | Every 6 hours as needed for Pain, Severe (Pain Scale 8-10) | Pain, Severe (Pain Scale 8-10) |  |  |

*Your final medication list may contain medications that you have been taking at home or have been prescribed by other physicians. Although steps are taken to provide the best information possible, the hospital cannot guarantee the accuracy of the list as it is based on information you have provided or others have provided for you. Please contact the doctor who prescribed the medication(s) if you have any questions.

It is very important that you keep a list of the medications that you take. You should update the list whenever you stop taking a medication, start taking a new medication, or when something changes (such as the dosage of a medication). In addition to medications that your doctor(s) prescribes, be sure to include over-the-counter products that you take. Over-the-counter items include vitamins, herbs, or other medications that you can get without a prescription from a doctor.

Give a copy of this list to your doctor(s) at every visit and to anyone who is providing care to you. (Example: hospitals, emergency squad personnel, home care agencies, etc.) Carry the list with you at all times.

TINGWEI , SUSAN ENGONWEI  
MRN: (wa)00748617   FIN: 47199790

Printed: 06/20/2022 20:05 EDT  
Page 3 of 7

## Visit Overview

### Your Care Team

**Primary Care Provider:** Paspula MD, Aruna

**Emergency Department Care Providers:**
**Primary Provider:** De Angelis MD, Sydney E

### Reason for Your Visit

IV placement

### Your Diagnosis

1:Achilles tendinitis, left leg; 2:IV infusion line dysfunction

### Diagnostic Tests This Visit

No Lab/Radiology Orders found

### Procedures This Visit

None

## Problems

**Ongoing** - Any problem that you are currently receiving treatment for.
Abdominal pain
Achilles tendinitis, left leg
Acute back pain
Anemia
At risk for falls
Chest pain
Chest pain
IV infusion line dysfunction
Left shoulder pain
Leg swelling
Pain in right ear

## Education Materials

### Tendonitis

A tendon is the thick fibrous cord that joins muscle to bone and allows joints to move. When a tendon becomes inflamed, it is called tendonitis. This can occur from overuse, injury, or infection. This usually involves the shoulders, forearm, wrist, hands and feet. Symptoms include pain, swelling and tenderness to the touch. Moving the joint increases the pain.

It takes 4 to 6 weeks or more for tendonitis to heal. It is treated by preventing motion of the tendon, occasionally with a splint or brace, and the use of anti-inflammatory medicine.

**Home care**

- Some people find relief with ice packs. These can be crushed or cubed ice in a plastic bag or a bag of frozen vegetables wrapped in a thin towel. Other people get better relief with heat. This can include a hot shower, hot bath, or a moist towel warmed in a microwave. Try each and use the method that feels best, for 15 to 20 minutes several times a day.
- Rest the inflamed joint and protect it from movement.
- You may use over-the-counter ibuprofen or naproxen to treat pain and inflammation, unless another medicine was prescribed. If you can't take these medicines, acetaminophen may help with the pain, but does not treat inflammation. If you have chronic liver or kidney disease or ever had a stomach ulcer or gastrointestinal bleeding, talk with your doctor before using these medicines.
- As your symptoms improve, begin gradual motion at the involved joint.

**Follow-up care**

Follow up with your healthcare provider if you are not improving after 5 to 7 days of treatment.

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:

- Redness over the painful area
- Increasing pain or swelling at the joint
- Fever lasting 24 to 48 hours or chills, or as advised by your healthcare provider

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.