7/22/22, 2:50 PM                    Yahoo Mail - Photo from Susan Tingwei, ESQ.

**REPUBLIC OF CAMEROON**

**Ministry of Public Health**

**"EL SHEKINAH CLINIC"**

Rue Mpondo (4.133) Ancienne route Bonaberi Douala Cameroon – Tel 679 15 32 91

July 21TH, 2022

### To Whom It May Concern

Ref: Ms Tingwei Susan Engonwa, F, 45years

This is to certify that, I Ernest T TEBO, MD saw Miss Tingwei Susan Engonwei born August 14th, 1977 resident at 14142 Castle Boulevard, #103, Silver Spring MD 20904, USA at my clinic on May 20th, 2022 on account of a swollen left ankle and she was admitted immediately. Discharge date was May 23rd, 2022.

She received intralessional triamcinolone/lignocaine STAT and tablets of Aceclofenac 100mg, Paracetamol 325mg and Serratiopeptidase 15mg to be continued 3 times a day for 5 days.

Thanks.

Dr. Ernest T. TEBO, M.D.
M.B;B.S(Ibadan); IMG Board Cert., USA
Clinical sonographer, NMA/NAUH
ONMC(4535); CA Board

Ernest T TEBO, MD


Exhibit 20